ORIGINAL

1  BART M. BOTTA, State Bar No. 167051
2  RYNN & JANOWSKY, LLP
   4100 Newport Place Drive, Suite 700
3  Newport Beach, CA 92660-2423
   Telephone: (949) 752-2911
4  Facsimile: (949) 752-0953
5  E-mail: bart@rjlaw.com

FILED

2007 OCT -2  P 12: 56

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING
ADR

6  Attorneys for Plaintiffs
   TAYLOR FARMS CALIFORNIA, INC.,
7  PISMO-OCEANO VEGETABLE EXCHANGE, and
8  ROBERT S. ANDREWS

9

10

11           IN THE UNITED STATES DISTRICT COURT

12    FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

13

14  TAYLOR FARMS CALIFORNIA, INC., a      CASE NO.   C07   05068 PVT
    corporation; PISMO-OCEANO
15  VEGETABLE EXCHANGE, a corporation;
    ROBERT S. ANDREWS, individually and    **CERTIFICATION OF INTERSTED**
16  doing business as ROBERT S. ANDREWS   **PERSONS OR ENTITIES**
17  FARMS, a sole proprietorship,

18                                         **[ Local Rule  3-16]**

19                   Plaintiffs,

20

21       v.

22

23  REGIONAL SOURCE PRODUCE, INC., a
    corporation;  THOMAS H. BUBNIS,  an
24  individual; KIM MARES, an individual,

25                   Defendants.

26

27      TO ALL PARTIES AND THEIR COUNSEL OF RECORD, AND ALL OTHER

28  PARTIES IN INTEREST:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

| | |
|---|---|
| 1.  TAYLOR FARMS CALIFORNIA, INC., a corporation | Plaintiff seeking recovery of at least $49,688.65 plus finance charges and attorney fees against Defendants for alleged Breach Of Contract; Enforcement Of Statutory PACA Trust Provisions; Violation Of PACA: Failure To Account And Pay Promptly; Unjust Enrichment; and Declaratory Relief. |
| 2.  PISMO-OCEANO VEGETABLE EXCHANGE, a corporation | Plaintiff seeking recovery of at least $49,134.16 plus finance charges and attorney fees against Defendants for alleged Breach Of Contract; Enforcement Of Statutory PACA Trust Provisions; Violation Of PACA: Failure To Account And Pay Promptly; Unjust Enrichment; and Declaratory Relief. |
| 3.  ROBERT  S.  ANDREWS, individually and doing business as ROBERT S. ANDREWS FARMS, a sole proprietorship | Plaintiff seeking recovery of at least $31,195.87 plus finance charges and attorney fees against Defendants for alleged Breach Of Contract; Enforcement Of Statutory PACA Trust Provisions; Violation Of PACA: Failure To Account And Pay Promptly; Unjust Enrichment; and Declaratory Relief. |

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

| | |
|---|---|
| 4. REGIONAL SOURCE PRODUCE, INC., a corporation. | Corporate Defendant against whom Plaintiffs seek recovery in the cumulative amount of at least $130,018.68 plus finance charges and attorney fees. |
| 5. THOMAS H. BUBNIS, an individual | Individual Defendant and statutory trustee under 7 U.S.C. §499e against whom Plaintiffs seek recovery in the cumulative amount of at least $130,018.68 plus finance charges and attorney fees. |
| 5. KIM MARES, an individual | Individual Defendant and statutory trustee under 7 U.S.C. §499e against whom Plaintiffs seek recovery in the cumulative amount of at least $130,018.68 plus finance charges and attorney fees. |

DATED: September 28, 2007

RYNN & JANOWSKY, LLP

By: _____
BART M. BOTTA, Attorneys for Plaintiffs

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953