Bart M. Botta
  Rynn & Janowsky, LLP
  4100 Newport Place Dr, Suite 700  Newport Beach, CA 92660

TELEPHONE NO.: **(949) 752-2911**     FAX NO. (Optional): **(949) 752-0953**
E-MAIL ADDRESS (Optional):

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
  STREET ADDRESS: **280 S. 1ST ST. ROOM 2112**
  MAILING ADDRESS:
  CITY AND ZIP CODE: **SAN JOSE, CA 95113**
  BRANCH NAME: **SAN JOSE/NORTHERN DISTRICT**

PLAINTIFF (name each): **Taylor Farms California Inc, et al**

DEFENDANT (name each): **Regional Source Produce Inc, et al**

| | CASE NUMBER: |
|---|---|
| | **C0705068PVT** |

| **PROOF OF SERVICE** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

> **Summons & Complaint; Certification of Interested Parties or Entities; Civil Case Cover Sheet; Order Setting Initial Case Management and ADR Deadlines; Standing Order For Civil Practice in Case Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull; Standing Order Regarding Case Management in Civil Cases; Standing Order Re Contents of Joint Case Management Statement; Welcome to the USDC Northern District of California, San Jose Division; Notice of Assignment of Case to United States Magistrate Judge; ECF Registration Information Handout; Notice of Electronic Availability of Case File Information; General Order No. 40; General Order No. 45; General Order No. 53; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process;**

PARTY SERVED: **Kim Mares, an individual**

PERSON SERVED: **Thomas H Bubnis - Person in charge**

DATE & TIME OF DELIVERY: **October 15, 2007**
**09:05 am**

ADDRESS, CITY, AND STATE: **975 W Alisal St #B**
**Salinas, CA 93901**
**(BUSINESS)**

PHYSICAL DESCRIPTION: **Age: 50**       **Weight: 185**       **Hair: Balding**
**Sex: M**        **Height: 5'10"**      **Eyes: Blue**
**Skin: White**      **Marks:**

MANNER OF SERVICE:
> **Substituted Service - By leaving the copies with or in the presence of Thomas H Bubnis a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers. A declaration of diligence is attached. I thereafter caused copies to be mailed. A declaration of mailing is attached.**

Fee for Service: 30.00
  County:  Monterey
  Registration No.:  41
  Sayler Legal Service, Inc.
  455 Reservation Road, Suite E
  Marina, CA 93933
  (831) 384-4030

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 16, 2007.

Signature: _LAUREL PETERSON_

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                    Order#: P106175/GProof22

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
  Bart M. Botta
  Rynn & Janowsky, LLP
  4100 Newport Place Dr, Suite 700   Newport Beach, CA 92660

  TELEPHONE NO.: **(949) 752-2911**              FAX NO.: **(949) 752-0953**
E-MAIL ADDRESS *(Optional)*:
  ATTORNEY FOR *(Name)*:  **Plaintiff**

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
  STREET ADDRESS: **280 S. 1ST ST. ROOM 2112**
  MAILING ADDRESS:
  CITY AND ZIP CODE: **SAN JOSE, CA 95113**
  BRANCH NAME: **SAN JOSE/NORTHERN DISTRICT**

PLAINTIFF/PETITIONER:  **Taylor Farms California Inc, et al**

DEFENDANT/RESPONDENT:  **Regional Source Produce Inc, et al**

| DECLARATION OF DILIGENCE | CASE NUMBER: **C0705068PVT** |
|---|---|

I received the within process on October 8, 2007 and that after due and diligent effort I have been able to serve said person.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

   Servee:  **Kim Mares, an individual**

   Documents:  **See attached Document List**

As enumerated below:

**10/09/2007 -- 11:58 am**

   Could not locate defendant - there are several offices in this building. No sign for "Regional Source Produce"

**10/09/2007 -- 02:15 pm**

   Secretary of State shows defendant to be in suite B

**10/09/2007 -- 03:02 pm**

   Holding per client (Angel). Documents need to be amended

**10/10/2007 -- 05:09 pm**

   Per client (Angel) send documents back out for service

**10/12/2007 -- 03:40 pm**

   Business closed.

County:
Registration No.:
`Sayler Legal Service, Inc.`
`455 Reservation Road, Suite E`
`Marina, CA 93933`
`(831) 384-4030`

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **October 16, 2007** at **Marina,** California.

Signature: _____

                           `Sayler Legal Service`

## DECLARATION OF DILIGENCE

Order#: P106175/DilFormat.mdl

**Sayler Legal Service Inc**
455 Reservation Road, Suite E
Marina, CA 93933
Phone: 8313844030   Fax: 8313844031

DOCUMENTS SERVED

**CLIENT:** Rynn & Janowsky, LLP

**CLIENT FILE #:**                                              **DATE:**

**SUBJECT:** Kim Mares, an individual

**SERVED:** Thomas H Bubnis - Person in charge

Summons & Complaint; Certification of Interested Parties or Entities; Civil Case Cover Sheet; Order Setting Initial Case Management and ADR Deadlines; Standing Order For Civil Practice in Case Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull; Standing Order Regarding Case Management in Civil Cases; Standing Order Re Contents of Joint Case Management Statement; Welcome to the USDC Northern District of California, San Jose Division; Notice of Assignment of Case to United States Magistrate Judge; ECF Registration Information Handout; Notice of Electronic Availability of Case File Information; General Order No. 40; General Order No. 45; General Order No. 53; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process;

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Bart M. Botta
Rynn & Janowsky, LLP
4100 Newport Place Dr, Suite 700   Newport Beach, CA 92660

TELEPHONE NO.: **(949) 752-2911**          FAX NO.: **(949) 752-0953**
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): **Plaintiff**

FOR COURT USE ONLY

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS: **280 S. 1ST ST. ROOM 2112**
MAILING ADDRESS:
CITY AND ZIP CODE: **SAN JOSE, CA 95113**
BRANCH NAME: **SAN JOSE/NORTHERN DISTRICT**

PLAINTIFF/PETITIONER:  **Taylor Farms California Inc, et al**

DEFENDANT/RESPONDENT:  **Regional Source Produce Inc, et al**

| PROOF OF SERVICE BY MAIL | CASE NUMBER: C0705068PVT |
|---|---|

I am a citizen of the United States and employed in  the County of Monterey, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 455 Reservation Road, Suite E,  Marina, CA 93933.

On October 16, 2007, after substituted service under  section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of  the:

> **Summons & Complaint; Certification of Interested Parties or Entities; Civil Case Cover Sheet; Order Setting Initial Case Management and ADR Deadlines; Standing Order For Civil Practice in Case Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull; Standing Order Regarding Case Management in Civil Cases; Standing Order Re Contents of Joint Case Management Statement; Welcome to the USDC Northern District of California, San Jose Division; Notice of Assignment of Case to United States Magistrate Judge; ECF Registration Information Handout; Notice of Electronic Availability of Case File Information; General Order No. 40; General Order No. 45; General Order No. 53; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process;**

to the defendant in said action by placing a true  copy thereof enclosed in a sealed envelope, with First Class postage thereon fully  prepaid, in the United States Mail at Marina, CA, California, addressed as  follows:

> **Kim Mares, an individual**
> **975 W Alisal St #B**
> **Salinas, CA 93901**

I am readily familiar with the firm's practice for  collection and processing of documents for mailing.  Under that practice, it would be  deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at Marina, CA, California in the ordinary course of  business.  I am aware that on motion of the party served, service is presumed invalid  if postal cancellation date or postage meter date is more than one (1) day after date  of deposit for mailing in affidavit.

Fee for Service: **30.00**
    County:  **Monterey**
    Registration No.:  **41**
**Sayler Legal Service, Inc.**
**455 Reservation Road, Suite E**
**Marina, CA 93933**
**(831) 384-4030**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 16, 2007.

Signature: _Karisma Sigala_
Karisma Sigala

## PROOF OF SERVICE BY MAIL

Order#: P106175/GProof5