BART M. BOTTA, State Bar No. 167051
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile: (949) 752-0953
E-mail: bart@rjlaw.com

Attorneys for Plaintiffs
TAYLOR FARMS CALIFORNIA, INC.,
PISMO-OCEANO VEGETABLE EXCHANGE, and
ROBERT S. ANDREWS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., a corporation; PISMO-OCEANO VEGETABLE EXCHANGE, a corporation; ROBERT S. ANDREWS, individually and doing business as ROBERT S. ANDREWS FARMS, a sole proprietorship,<br><br>Plaintiffs,<br><br>v.<br><br>REGIONAL SOURCE PRODUCE, INC., a corporation; THOMAS H. BUBNIS, an individual; KIM MARES, an individual,<br><br>Defendants. | CASE NO. C07-05068-PVT<br><br>**MOTION TO CONTINUE RULE 26 REPORT AND INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiffs TAYLOR FARMS CALIFORNIA, INC., a corporation; PISMO-OCEANO VEGETABLE EXCHANGE, a corporation; and ROBERT S. ANDREWS,

individually and doing business as ROBERT S. ANDREWS FARMS, a sole proprietorship ("Plaintiffs"), by and through their undersigned counsel of record, respectfully move this Honorable Court for a continuance of the dates set forth in the Court's "Order Setting Initial Case Management Conference and ADR Deadlines," and in support thereof states as follows:

1. On October 2, 2007, the Complaint in this case was filed;

2. Defendants were served and their answers were due on November 5, 2007;

3. At about the time the answers were due, attorney John C. Kirke contacted me and said that he had not been retained yet but that he may be representing the Defendants and we discussed the possibility of stipulating to judgments against Defendants. I spoke to Mr. Kirke one or two times after that initial conversation but he could not commit to the Defendants stipulating to a judgment.

4. On January 15, 2008, I sent a letter to Mr. Kirke informing him that I would take his clients' defaults if answers were not filed.

5. On January 16, 2008, I received a letter from Mr. Kirke informing me that his clients will file answer this week. Attached as **Exhibit 1** is a copy of Mr. Kirke's letter dated January 16, 2008.

6. The ADR Scheduling Order sets the deadline to file the Rule 26(f) Report as January 15, 2008 and sets the Initial Case Management Conference (CMC) for January 22, 2008;

7. Since Defendants have not appeared and Plaintiffs have not yet entered their defaults, Plaintiffs respectfully request that the Court continue the Case Management Conference for approximately 30 to 45 days;

8. Plaintiffs believe that continuing the Case Management Conference for approximately 30 to 45 days will allow either answers to be filed and the Case Management Conference to go forward with all parties participating, or defaults to be entered and final judgment to be sought, which would be the most efficient use of this Court's time and resources;

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

9. Plaintiffs have not requested any previous extensions of time for any of these dates, and Plaintiffs believe that the reasons listed herein support good cause for granting the request to continue these dates;

10. The undersigned counsel hereby certifies that this request is not interposed for purposes of delay.

For these reasons, Plaintiffs respectfully request this Honorable Court to continue the Initial Case Management Conference for 30 to 45 days as set forth above.

DATED:      January 16, 2008            RYNN & JANOWSKY, LLP

                                        By:    /s/ Bart M. Botta
                                        BART M. BOTTA, Attorneys for Plaintiff