LAW OFFICES OF

# DONAHUE GALLAGHER WOODS

LLP

FOUNDED 1918

MARIN OFFICE
591 REDWOOD HIGHWAY
SUITE 1200
MILL VALLEY, CALIFORNIA 94941

TELEPHONE
(415) 381-4161

FACSIMILE
(415) 381-7515

JOHN C. KIRKE
johnk@donahue.com

300 LAKESIDE DRIVE
SUITE 1900
OAKLAND, CALIFORNIA 94612

TELEPHONE
(510) 451-0544

FACSIMILE
(510) 832-1486

WALNUT CREEK OFFICE
1646 NORTH CALIFORNIA BOULEVARD
SUITE 310
WALNUT CREEK, CALIFORNIA 94596

TELEPHONE
(925) 746-7770

FACSIMILE
(925) 746-7776

www.donahue.com

January 16, 2008

**VIA FACSIMILE AND U.S. MAIL**
(949) 752-0953

Bart M. Botta, Esq.
Rynn & Janowsky, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423

Re: Taylor Farms California, Inc., et al. v. Regional Source Produce, Inc., et al.;
United States District Court, Case No. 07-05068 PVT

Dear Bart:

Thank you for your letter of January 15, 2008. My clients do intend to file answers and will do so this week. However, we remain amenable to the possibility of stipulating to a judgment. Previously you had inquired about the guitar collection of my clients, Thomas Bubnis. It is my understanding that the guitar collection was sold sometime before your inquiry.

Thank you for your professional courtesies on this matter.

Very truly yours,

John C. Kirke

JCK:sb

# EXHIBIT 1