BART M. BOTTA, State Bar No. 167051
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile: (949) 752-0953
E-mail: bart@rjlaw.com

Attorneys for Plaintiffs
TAYLOR FARMS CALIFORNIA, INC.,
PISMO-OCEANO VEGETABLE EXCHANGE, and
ROBERT S. ANDREWS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., a corporation; PISMO-OCEANO VEGETABLE EXCHANGE, a corporation; ROBERT S. ANDREWS, individually and doing business as ROBERT S. ANDREWS FARMS, a sole proprietorship,<br><br>Plaintiffs,<br><br>v.<br><br>REGIONAL SOURCE PRODUCE, INC., a corporation; THOMAS H. BUBNIS, an individual; KIM MARES, an individual,<br><br>Defendants. | CASE NO. C-07-05068-PVT<br><br>**[PROPOSED] ORDER SETTING RULE 26 REPORT DEADLINE AND INITIAL CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR local Rule 3. Counsel and

clients shall familiarize themselves with that rule and with the handbook entitled "Dispute Resolution Procedures in the Northern District of California."

### CASE SCHEDULE – ADR MUTI-OPTION PROGRAM

| Previous Date | Proposed New Date | Event | Governing Rule |
|---|---|---|---|
| 10/2/2007 | Not applicable | Complaint filed | FRCivP 26(f) & ADR L.R. 3-5 |
| 1/2/2008 | _/_/08 (to be set by court) | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file Joint ADR Certification and Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 1/15/2008 | _/_/08 (to be set by court) | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) Civil L.R. 16-9 |
| 1/22/2008 | _/_/08 (to be set by court) | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 5, 4th Flr SJ at 2:30 PM | Civil L.R. 16-10 |

### ORDER

Based upon the review of the foregoing Stipulation, the record of this case, and good cause appearing, it is therefore ORDERED, ADJUDGED AND DECREED that:

1. The Order Setting Initial Case Management Conference and ADR Dates continuing all dates is reissued with the following dates:

2. The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan file Joint ADR Certification and

07-219/ proposed order to Motion to Continue.doc    2

Stipulation to ADR Process or Notice of Need for ADR Phone Conference is set for _____, 2008.

    3.    The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement is set for _____, 2008.

    4.    The initial Case Management Case Conference is set for _____, 2007, at 2:00 p.m.

    IT IS SO ORDERED.

Dated: _____

                                    _____
                                    MAGISTRAGE JUDGE
                                    PATRICIA V. TRUMBULL
                                    U.S. DISTRICT COURT

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953