BART M. BOTTA, State Bar No. 167051
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile: (949) 752-0953
E-mail: bart@rjlaw.com

Attorneys for Plaintiffs
TAYLOR FARMS CALIFORNIA, INC.,
PISMO-OCEANO VEGETABLE EXCHANGE, and
ROBERT S. ANDREWS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., a corporation; PISMO-OCEANO VEGETABLE EXCHANGE, a corporation; ROBERT S. ANDREWS, individually and doing business as ROBERT S. ANDREWS FARMS, a sole proprietorship,<br><br>Plaintiffs,<br><br>v.<br><br>REGIONAL SOURCE PRODUCE, INC., a corporation; THOMAS H. BUBNIS, an individual; KIM MARES, an individual,<br><br>Defendants. | CASE NO. C-07-05068-PVT<br><br>**CERTIFICATE OF SERVICE** |

/ / /

/ / /

07-219/ proof of service.doc                                    1

I hereby certify that on January 16, 2008, I electronically filed the following:

1. **MOTION TO CONTINUE RULE 26 REPORT AND INITIAL CASE MANAGEMENT CONFERENCE**

2. **[PROPOSED] ORDER SETTING RULE 26 REPORT DEADLINE AND INITIAL CASE MANAGEMENT CONFERENCE**

with the Clerk of the Court, using CM/ECF and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. John C. Kirke
Donahe Gallagher Woods LLP
300 Lakeside Drive, Suite 1900
Oakland, CA 94612

Date:  January 16, 2008                    RYNN & JANOWSKY, LLP

                                By:    /s/ Bart M. Botta
                                       Bart M. Botta
                                       Attorneys for Plaintiffs

07-219/ proof of service.doc                2