**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

TAYLOR FARMS CALIFORNIA, INC.,                    C 07-5068 PVT

      *Plaintiff(s),*

                                          **CLERK'S NOTICE RESCHEDULING**
                                          **CASE MANAGEMENT CONFERENCE**

*vs.*

REGIONAL SOURCE PRODUCE, INC.,

      *Defendant(s).*

_____

     Please take notice that the Case Management Conference scheduled for January 22, 2008 at 2:00 p.m. has been rescheduled to **March 4, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.** Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

                                   /s/ Corinne Lew

Dated: January 17, 2008         _____

                                   Corinne Lew
                                   DEPUTY CLERK