**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Taylor Farms California, Inc.,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Regional Source Products, Inc.,<br><br>　　　　　　Defendant(s). | 07-05068 PVT<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: February 20, 2008

                RICHARD W. WIEKING
                Clerk
                by:   Timothy J. Smagacz

                */s/ Timothy Smagacz*
                ADR Administrative Assistant
                415-522-4205
                Tim_Smagacz@cand.uscourts.gov

United States District Court
Northern District of California

**Notice Re: Noncompliance With Court Order**
07-05068 PVT                -2-

PROOF OF SERVICE

Case Name:      Taylor Farms California, Inc. v. Regional Source Products, Inc.

Case Number:    07-05068 PVT

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On February 20, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Bart M Botto
> Ryan and JANOWSKY, lLLP
> 4100 Newport Place Drive
> Suite 700
> Newport Beach, CA 92660-2423
>
> Bart Mark Botta
> Rynn & Janowsky
> 4100 Newport Place Drive
> Suite 700
> Newport Beach, CA 92660
> bart@rjlaw.com
>
> Regional Source Produce, Inc.
> ,
>
> Thomas H Bubnis
> ,
>
> Kim Mares
> ,

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 20, 2008 in San Francisco, California.

    RICHARD W. WIEKING
    Clerk
    by:    Timothy J. Smagacz

    *Timothy Smagacz*
    _____
    ADR Administrative Assistant
    415-522-4205
    Tim_Smagacz@cand.uscourts.gov