BART M. BOTTA, State Bar No. 167051
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile: (949) 752-0953
E-mail: bart@rjlaw.com

Attorneys for Plaintiffs
TAYLOR FARMS CALIFORNIA, INC.,
PISMO-OCEANO VEGETABLE EXCHANGE, and
ROBERT S. ANDREWS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., a corporation; PISMO-OCEANO VEGETABLE EXCHANGE, a corporation; ROBERT S. ANDREWS, individually and doing business as ROBERT S. ANDREWS FARMS, a sole proprietorship,<br><br>     Plaintiffs,<br><br> v.<br><br>REGIONAL SOURCE PRODUCE, INC., a corporation; THOMAS H. BUBNIS, an individual; KIM MARES, an individual,<br><br>     Defendants. | CASE NO.  C07-05068-PVT<br><br>**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANT REGIONAL SOURCE PRODUCE, INC., a corporation; DECLARATION OF BART M. BOTTA; EXHIBITS IN SUPPORT THEREOF** |

///

///

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs TAYLOR FARMS CALIFORNIA, INC., a corporation; PISMO-OCEANO VEGETABLE EXCHANGE, a corporation; and ROBERT S. ANDREWS, individually and doing business as ROBERT S. ANDREWS FARMS, a sole proprietorship, hereby request that default be entered by the Court against Defendant REGIONAL SOURCE PRODUCE, INC., ("Regional") a corporation, in accordance with Federal Rules of Civil Procedure ("FRCP") Rule 55(a).

By declaration of BART M. BOTTA appended hereto and exhibits attached thereto, Plaintiffs have submitted proof of the following matters:

1.   Despite being properly served with the Summons and Complaint in this matter, Regional has failed to timely appear in this action and has failed to present any defenses to Plaintiff's allegations.

2.   Pursuant to Federal Rules of Civil Procedure, rule 55(a), when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by law, the clerk shall enter the parties default.

This application is based on this Application, the pleadings filed previously with this Court, the Declaration of Bart M. Botta appended hereto and all exhibits attached to that declaration.

DATED: February 27, 2008                    RYNN & JANOWSKY, LLP

                                            By:   /s/Bart M. Botta
                                                  BART M. BOTTA, Attorneys for
                                                  Plaintiffs

# DECLARATION OF BART M. BOTTA

I, BART M. BOTTA, declare as follows:

1. I am a partner with the law firm of Rynn & Janowsky, LLP, attorneys of record for Plaintiffs TAYLOR FARMS CALIFORNIA, INC., a corporation; PISMO-OCEANO VEGETABLE EXCHANGE, a corporation; and ROBERT S. ANDREWS, individually and doing business as ROBERT S. ANDREWS FARMS, a sole proprietorship ("Plaintiffs"). I make this declaration in support of Plaintiff's request for default against Defendant REGIONAL SOURCE PRODUCE, INC., ("Regional") a corporation.

2. I have personal knowledge of all matters set forth in this declaration and if called as a witness would and could competently testify thereto.

3. Plaintiffs' Summons and Complaints were duly served on Regional by the following means: Defendant REGIONAL SOURCE PRODUCE, INC., a corporation: Served by personally serving authorized agent on October 15, 2007. A true and correct copy of the Proof of Service is attached hereto as **Exhibit A**.

4. Despite being served the Summons and Complaint described above, Defendant Regional has not appeared in this action or otherwise responded to the Complaint within the time period allowed by law.

5. By virtue of Defendant Regional's failure to respond to Plaintiff's Complaint, Plaintiff requests default be promptly entered against Regional.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this February 27th at Newport Beach, California.

/s/Bart M. Botta
BART M. BOTTA