Bart M. Botta
Rynn & Janowsky, LLP
4100 Newport Place Dr, Suite 700   Newport Beach, CA 92660

TELEPHONE NO.: (949) 752-2911   FAX NO. (Optional): (949) 752-0953
E-MAIL ADDRESS (Optional):

FOR COURT USE ONLY

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 280 S. 1ST ST. ROOM 2112
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE, CA 95113
BRANCH NAME: SAN JOSE/NORTHERN DISTRICT

PLAINTIFF (name each): Taylor Farms California Inc, et al
DEFENDANT (name each): Regional Source Produce Inc, et al

CASE NUMBER: C0705068PVT

**PROOF OF SERVICE**

HEARING DATE:   DAY:   TIME:   DEPT.:   Ref No. or File No.:

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

Summons & Complaint; Certification of Interested Parties or Entities; Civil Case Cover Sheet; Order Setting Initial Case Management and ADR Deadlines; Standing Order For Civil Practice in Case Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull; Standing Order Regarding Case Management in Civil Cases; Standing Order Re Contents of Joint Case Management Statement; Welcome to the USDC Northern District of California, San Jose Division; Notice of Assignment of Case to United States Magistrate Judge; ECF Registration Information Handout; Notice of Electronic Availability of Case File Information; General Order No. 40; General Order No. 45; General Order No. 53; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process;

PARTY SERVED:   Regional Source Produce, Inc a corporation

PERSON SERVED:   Thomas H Bubnis - Authorized Agent

DATE & TIME OF DELIVERY:   October 15, 2007
                           09:05 am

ADDRESS, CITY, AND STATE:   975 W Alisal St #B
                            Salinas, CA 93901
                            (BUSINESS)

PHYSICAL DESCRIPTION:   Age: 50     Weight: 185        Hair: Balding
                        Sex: M      Height: 5'10"      Eyes: Blue
                        Skin: White Marks:

MANNER OF SERVICE:
Personal Service - By Personally delivering copies.

Fee for Service: 103.60
County: Monterey
Registration No.: 41
Sayler Legal Service, Inc.
455 Reservation Road, Suite E
Marina, CA 93933
(831) 384-4030

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 16, 2007.

Signature: *[signature]*
LAUREL PETERSON

982(a)(23)[New July 1, 1987]

**PROOF OF SERVICE**

Order#: P106173/GProof3

**EXHIBIT A**