BART M. BOTTA, State Bar No. 167051
MARION I. QUESENBERY, State Bar No. 072308
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
bart@rjlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., a corporation; PISMO-OCEANO VEGETABLE EXCHANGE, a corporation; ROBERT S. ANDREWS, individually and doing business as ROBERT S. ANDREWS FARMS, a sole proprietorship,<br><br>                  Plaintiffs,<br><br>v.<br><br>REGIONAL SOURCE PRODUCE, INC., a corporation; THOMAS H. BUBNIS, an individual; KIM MARES, an individual,<br><br>                  Defendants. | CASE NO. C07-05068-PVT<br><br>**PLAINTIFFS' REQUEST FOR COURT TO ALLOW TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>DATE: March 4, 2008<br>TIME: 2:00 p.m.<br>COURTROOM: 5 |

      Plaintiffs TAYLOR FARMS CALIFORNIA, INC., a corporation; PISMO-OCEANO VEGETABLE EXCHANGE, a corporation; ROBERT S. ANDREWS, individually and doing business as ROBERT S. ANDREWS FARMS, a sole

PLAINTIFFS' REQUEST FOR TELEPHONIC
APPEARANCE– C07-05068-PVT         1

proprietorship ("Plaintiffs"), by and through their undersigned counsel of record, hereby respectfully request that Plaintiffs be permitted to appear at the Case Management Conference telephonically. In support thereof, Plaintiffs state as follows:

(i) WHEREAS, a Case Management Conference is set for March 4, 2008, at 2:00 p.m. in Courtroom 5.

(ii) WHEREAS, the corporate Defendant, REGIONAL SOURCE PRODUCE, INC., has closed its business and has failed to file an answer or any other response to the complaint filed and served on it, and therefore, Plaintiffs are filing simultaneously with this Request a Request for entry of default;

(iii) WHEREAS, the two individually named Defendants, THOMAS H. BUBNIS and KIM MARES are both proceeding in this case *pro se*;

(iv) WHEREAS, counsel for Plaintiffs is located in Newport Beach, and allowing Plaintiffs to appear telephonically at the Case Management Conference will help keep costs at a minimum and will not prejudice any party.

(v) Consequently, Plaintiffs respectfully request that the Court order for good cause shown that Plaintiffs be permitted to appear at the Case Management Conference by telephonic appearance.

Date: February 27, 2008        RYNN & JANOWSKY, LLP


By:    /s/ Bart M. Botta
       Bart M. Botta
       Attorneys for Plaintiffs

PLAINTIFFS' REQUEST FOR TELEPHONIC
APPEARANCE– C07-05068-PVT        2