1  BART M. BOTTA, State Bar No. 167051
2  MARION I. QUESENBERY, State Bar No. 072308
   RYNN & JANOWSKY, LLP
3  4100 Newport Place Drive, Suite 700
   Newport Beach, CA 92660-2423
4  Telephone: (949) 752-2911
   bart@rjlaw.com
5
6  Attorneys for Plaintiffs.

7                    UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

| | |
|---|---|
| BROERS FARMS, INC., a Washington corporation,<br><br>                    Plaintiff,<br>     v.<br><br>HOWLER PRODUCTS, a California corporation; CIAO BELLA GELATO CO., INC., a New Jersey Corporation; DOUGLAS IAN STEWART, an individual,<br><br>                    Defendants. | CASE NO. CASE NO. C07-05068-PVT<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO ALLOW TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>DATE: March 4. 2008<br>TIME: 2:00 p.m.<br>COURTROOM: 5 |
| CIAO BELLA GELATO CO., INC., a New Jersey corporation,<br>                    Cross-Claimant,<br>     v.<br><br>HOWLER PRODUCTS, INC., a California corporation; and DOUGLAS IAN STEWART, an individual,<br>                    Cross-Defendants. | |

The Court, having considered the Request to Allow Telephonic Appearance at the Case Management Conference scheduled for March 4, 2008, at 2:00 p.m. in Courtroom 5, submitted by Bart M. Botta, ORDERS this request be:

[PROPOSED] ORDER FOR TELEPHONIC
APPEARANCE– C07-05068-PVT         1

1  __ Granted -    IT IS ORDERED, that counsel for Plaintiffs, Bart M. Botta, may
2  appear by telephone at the hearing schedule for March 4, 2008, at 2:00 p.m. in Courtroom 5.
3  Instructions for the call in procedure are as follows:
4
5  _____
6  _____
7  _____
8  _____
9
10  Dated:_____                              _____
11                                            PATRICIA V. TRUMBULL
                                              United States Magistrate Judge

[PROPOSED] ORDER FOR TELEPHONIC
APPEARANCE– C07-05068-PVT        2