BART M. BOTTA, State Bar No. 167051
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile: (949) 752-0953
E-mail: bart@rjlaw.com

Attorneys for Plaintiffs
TAYLOR FARMS CALIFORNIA, INC.,
PISMO-OCEANO VEGETABLE EXCHANGE, and
ROBERT S. ANDREWS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., a corporation; PISMO-OCEANO VEGETABLE EXCHANGE, a corporation; ROBERT S. ANDREWS, individually and doing business as ROBERT S. ANDREWS FARMS, a sole proprietorship,<br><br>Plaintiffs,<br><br>v.<br><br>REGIONAL SOURCE PRODUCE, INC., a corporation; THOMAS H. BUBNIS, an individual; KIM MARES, an individual,<br><br>Defendants. | CASE NO. C-07-05068-PVT<br><br>**CERTIFICATE OF SERVICE** |

///

///

07-219/ pos on default                     1

I hereby certify that on February 27, 2008, I electronically filed the following:

1. Plaintiffs' Request for Entry of Default by Clerk Against Defendant Regional Source Produce, Inc. a corporation, Declaration of Bart M. Botta; Exhibits in Support Thereof

2. Plaintiffs' Request for Court to Allow Telephonic Appearance at Case Management Conference

with the Clerk of the Court, using CM/ECF and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Thomas A. Bubnis                     Ms. Kim Mares
210 La Mesa Drive                        27 Elmsford Circle
Salinas, CA 93901                        Salinas, CA 93906

Regional Source Produce, Inc.
975 West Alisal Street #B
Salinas, CA 93901

Date: February 27, 2008                  RYNN & JANOWSKY, LLP

                                  By:    /s/ Bart M. Botta
                                         Bart M. Botta
                                         Attorneys for Plaintiffs

07-219/ pos on default                   2