UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Taylor Farms California, Inc. et al

    Plaintiff(s),

v.

Regional Source Produce, Inc. et al

    Defendant(s).

Case No. 07-cv-05068-PVT

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/27/08

                                              [Party]
                                              Betty Sandoval,
                                              Taylor Farms California, Inc.

Dated: 2/28/08

                                              [Counsel]
                                              Bart M. Botta,
                                              Rynn & Janowsky, LLP

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

FEB-25-08 MON 03:25 PM  POVE                    FAX NO. 8054897058            P. 01
Feb. 25. 2008  3:31PM   Ryan & Janowsky                        No. 0818  P. 3/3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Taylor Farms California, Inc. et al

                Plaintiff(s),

        v.

Regional Source Produce, Inc. et al

                Defendant(s).

Case No. 07-cv-05068-PVT

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/25/08

[Party]
Jesse Perez,
Pismo-Oceano Veg. Exchange, Inc.

Dated: 2/28/08

[Counsel]
Bart M. Botta,
Ryan & Janowsky, LLP

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Taylor Farms California, Inc. et al

        Plaintiff(s),

    v.

Regional Source Produce, Inc. et al

        Defendant(s).

Case No. 07-cv-05068-PVT

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 02/26/08

Dated: 2/28/08

[Party]
Danny Andrews,
Robert S. Andrews Farms

[Counsel]
Bart M. Botta,
Rynn & Janowsky, LLP

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05