UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>REGIONAL SOURCE PRODUCE, INC., et al.,<br><br>            Defendants. | Case No.: C 07-5068 PVT<br><br>**ORDER DENYING PLAINTIFFS' REQUEST TO APPEAR BY TELEPHONE** |

On February 27, 2008, Plaintiffs filed a request to appear by telephone at the Case Management Conference.[1]  Based on the request and the file herein,

IT IS HEREBY ORDERED that Plaintiffs' request is DENIED.

Dated: *2/29/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1]   The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1
2
3   ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***
4
5   <u>copies mailed on</u>  *2/29/08*  <u>to:</u>
6   Thomas A. Bubnis
    210 La Mesa Drive.
7   Salinas, CA  93901
8
9
10                                                                                               <u>/s/   Donna Kirchner     for:</u>
                                                                                              CORINNE LEW
11                                                                                               Courtroom Deputy
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28