**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

March 3, 2008

RE:  <u>CV 07-05068 PVT</u>      <u>TAYLOR FARMS CALIFORNIA, INC., ET AL.,-v- REGIONAL SOURCE PRODUCE, INC., ET AL.</u>

Default is entered as to Defendant Regional Source Produce, Inc., a corporation  on March 3, 2008 .

        RICHARD W. WIEKING, Clerk

        by <u>Betty Walton</u>
        Case Systems Administrator

NDC TR-4  Rev. 3/89