UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date: 3/4/08

COURT REPORTER: FTR        Clerk: Corinne Lew

Case No: C07-5068 PVT      Case Title: Taylor Farms California vs. Regional Source

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Marion Quesenbery | Tom Bubnis (Pro Per) <br> Kim Mares (Pro Per) |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial      [ ] Status      [ ] Discovery
                        [ ] Settlement   [ ] Final       [ ] Motion
                        [ ] Other        [X] Case Management Conference

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted                       [ ] Submitted          [ ] Settled

[ ] Denied                        [ ] Briefs to be filed [ ] Not Settled

[ ] Granted in part, denied in part                     [ ] Off Calendar

Briefing Schedule:   Opening                Answer
                     Reply

**[X]** Court Ordered Parties to Court Mediation. Pretrial Conference set for 6/9/09 at 2:00 p.m., Jury Trial set for 6/22/09 at 9:30 a.m.

## ORDER TO BE PREPARED BY

[ ] Plaintiff      [ ] Defendant      [X] Court      [ ] Court w/opinion