1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12   TAYLOR FARMS CALIFORNIA, INC., )        Case No.: C 07-5068 PVT
     et al.,                         )
13                                   )        **CASE MANAGEMENT**
                      Plaintiffs,    )        **CONFERENCE ORDER**
14                                   )
              v.                     )
15                                   )
     REGIONAL SOURCE PRODUCE, INC., )
16   et al.,                         )
                                     )
17                   Defendants.     )
     _____ )
18

19          On March 4, 2008, the parties appeared before Magistrate Judge Patricia V. Trumbull for

20   a Case Management Conference.  Based on the parties' Joint Case Management Statement, and

21   the discussions held at the Case Management Conference,

22          IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed

23   factual and legal issues as set forth in the Case Management Conference Statement.

24          IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or

25   other amendments to the pleadings, is sixty days after entry of this order.

26          IT IS FURTHER ORDERED that the following modifications are made to the

27   presumptive limits on discovery set forth in the Federal Rules of Civil Procedure:

28          Each side may take two depositions.

IT IS FURTHER ORDERED that the parties are referred to the court's mediation program.  The parties shall promptly contact the court's ADR department to make the appropriate arrangements.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10/17/08

Deadline(s) for Filing Discovery Motions. . . . . . . . . . . . . . . . . *See* Civil Local Rule 26-2

Designation of Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12/5/08

Designation of Rebuttal Experts with Reports.. . . . . . . . . . . . . . . . . . . . . . . . . 12/19/08

Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1/23/09

Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . . . . . . . 10:00 a.m. on 4/2/09

Final Pretrial Conference. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on 6/9/09

Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on 6/22/09

IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull  (rev. 1/5/06), a copy of which is available from the clerk of the court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: *3/5/08*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1]    This is the last date for *hearing* dispositive motions.  Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2]    A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes (01/5/06)."