ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

March 14, 2008

Bart M. Botta
RYNN & JANOWSKY, ILLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
949-752-2911

Thomas H. Bubnis
210 La Mesa Drive
Salinas, CA 93901
831-754-1050

Pro-se

Kim Mares
831-809-5957

Pro-se

Re: Taylor Farms California, Inc. v. Regional Source Products, Inc.
<u>Case No. C 07-05068 PVT MED</u>

Dear Messrs. Botta and Bubnis and Ms. Mares:

     We have received notification from Magistrate Judge Patricia V. Trumbull that the referenced case was referred to Mediation on March 4, 2008. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how Mediation can assist you. We would like to schedule this for **Monday, March 24, 2008 at 10:00 a.m.** This office will initiate the call. Please call me at 415-522-2059 as soon as possible to confirm your availability and to give me the phone number where you can be reached if different than above.

     Plaintiff's counsel should serve a copy of this notice on Ms. Kim Mares and provide us with her mailing address.

     Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator