ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

March 18, 2008

Bart M. Botta
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
949-752-2911

Thomas H. Bubnis
210 La Mesa Drive
Salinas, CA 93901
831-754-1050

Kim Mares
27 Elmsford Circle
Salinas, CA 93906
831-809-5957

Re:   Taylor Farms California, Inc. v. Regional Source Products, Inc.
      Case No. C 07-05068 PVT MED

Dear Messrs. Botta and Bubnis and Ms. Mares:

The ADR Program has rescheduled the March 24, 2008 conference call to **Thursday, March 27, 2008 at 2:00 p.m.**  Please call me at 415-522-2059 to give me the phone number where you can be reached if different than above.

Thank you for your attention to this matter.

Sincerely,

*[signature]*

Claudia M. Forehand
ADR Case Administrator