# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Taylor Farms California, Inc., <br><br>　　　　　Plaintiff(s), <br><br>　　v. <br><br>Regional Source Products, Inc., <br><br>　　　　　Defendant(s). | 07-05068 PVT MED <br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**John E. F. DiNapoli**
DiNapoli & Sibley
10 Almaden Blvd., Suite 1250
San Jose, CA 95113-2233
408-999-0160
jfd@dslaw.net

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

4   Dated: April 3, 2008

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-05068 PVT MED                - 2 -