BART M. BOTTA, State Bar No. 167051
MARION I. QUESENBERY, SBN 072308
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile: (949) 752-0953
E-mail: bart@rjlaw.com

Attorneys for Plaintiffs
TAYLOR FARMS CALIFORNIA, INC.,
PISMO-OCEANO VEGETABLE EXCHANGE, and
ROBERT S. ANDREWS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., a corporation; PISMO-OCEANO VEGETABLE EXCHANGE, a corporation; ROBERT S. ANDREWS, individually and doing business as ROBERT S. ANDREWS FARMS, a sole proprietorship,<br><br>                         Plaintiffs,<br><br>     v.<br><br>REGIONAL SOURCE PRODUCE, INC., a corporation; THOMAS H. BUBNIS, an individual; KIM MARES, an individual,<br><br>                         Defendants. | CASE NO.  C07-05068-PVT<br><br>**NOTICE OF MOTION FOR LEAVE TO AMEND PLAINTIFFS' COMPLAINT AND FILE FIRST AMENDED COMPLAINT**<br><br>**Hearing if so ordered:**<br><br>**DATE:**  June 3, 2008<br>**TIME:**  10:00 a.m.<br>**ROOM:**  5, 4th floor |

1

**NOTICE IS HEREBY GIVEN** that on the above date and time (if so the Court requires), Plaintiffs will move the Court for leave to amend Plaintiffs' Complaint and file a First Amended Complaint. Plaintiffs' proposed First Amended Complaint is attached to the Motion filed herewith as Exhibit1 and incorporated herein by reference.

Respectfully submitted,

RYNN & JANOWSKY, LLP

DATED: April 24, 2008          By:     /s/ Bart M. Botta
                                        BART M. BOTTA, Attorneys for
                                        Plaintiffs

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

2

07-219/ Notice Motion for Leave to Amend.doc