BART M. BOTTA, State Bar No. 167051
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile: (949) 752-0953
E-mail: bart@rjlaw.com

Attorneys for Plaintiffs
TAYLOR FARMS CALIFORNIA, INC.,
PISMO-OCEANO VEGETABLE EXCHANGE, and
ROBERT S. ANDREWS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., a corporation; PISMO-OCEANO VEGETABLE EXCHANGE, a corporation; ROBERT S. ANDREWS, individually and doing business as ROBERT S. ANDREWS FARMS, a sole proprietorship,<br><br>                Plaintiffs,<br><br>   v.<br><br>REGIONAL SOURCE PRODUCE, INC., a corporation; THOMAS H. BUBNIS, an individual; KIM MARES, an individual,<br><br>                Defendants. | CASE NO.  C-07-05068-PVT<br><br>**CERTIFICATE OF SERVICE** |

/ / /

/ / /

07-219/ pos on motion to amend.doc        1

I hereby certify that on April 24, 2008, I electronically filed the following:

1. Notice of Motion for Leave to Amend Plaintiffs' Complaint and File First Amended Complaint

2. Motion for Leave to Amend Plaintiffs' Complaint and File First Amended Complaint; Memorandum of Points and Authorities

with the Clerk of the Court, using CM/ECF and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| Mr. Thomas A. Bubnis<br>210 La Mesa Drive<br>Salinas, CA 93901 | Ms. Kim Mares<br>27 Elmsford Circle<br>Salinas, CA 93906 |
| Regional Source Produce, Inc.<br>975 West Alisal Street #B<br>Salinas, CA 93901 | John E. F. DiNapoli<br>DiNapoli & Sibley<br>10 Almaden Blvd., Suite 1250<br>San Jose, CA 95113-2233 |

Date: April 24, 2008                                             RYNN & JANOWSKY, LLP


By:   /s/ Bart M. Botta
      BART M. BOTTA, Attorneys for
      Plaintiffs

07-219/ pos on motion to amend.doc                    2