BART M. BOTTA, State Bar No. 167051
MARION I. QUESENBERY, SBN 072308
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile: (949) 752-0953
E-mail: bart@rjlaw.com

Attorneys for Plaintiffs
TAYLOR FARMS CALIFORNIA, INC.,
PISMO-OCEANO VEGETABLE EXCHANGE, and
ROBERT S. ANDREWS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., a corporation; PISMO-OCEANO VEGETABLE EXCHANGE, a corporation; ROBERT S. ANDREWS, individually and doing business as ROBERT S. ANDREWS FARMS, a sole proprietorship,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>REGIONAL SOURCE PRODUCE, INC., a corporation; THOMAS H. BUBNIS, an individual; KIM MARES, an individual,<br><br>　　　　　　　Defendants. | CASE NO.  C07-05068-PVT<br><br>**NOTICE THAT NO OPPOSITION HAS BEEN RECEIVED TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND PLAINTIFFS' COMPLAINT AND FILE FIRST AMENDED COMPLAINT; DECLARATION OF BART M. BOTTA**<br><br>**Hearing if so ordered:**<br><br>**DATE:**　　**June 3, 2008**<br>**TIME:**　　**10:00 a.m.**<br>**ROOM:**　　**5, 4th floor** |

TO: THE HON. PATRICIA V. TRUMBULL, MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT:

1

07-219/ notice re no opposition.doc

PLEASE TAKE NOTICE that Plaintiffs TAYLOR FARMS CALIFORNIA, INC., PISMO-OCEANO VEGETABLE EXCHANGE, ROBERT S. ANDREWS, individually and doing business as ROBERT S. ANDREWS FARMS (collectively "Plaintiffs") have not received any opposition to Plaintiffs' Motion for Leave to Amend Plaintiffs' Complaint and File a First Amended Complaint and Defendants have in fact indicated that they do not oppose the motion. Therefore, Plaintiffs will not file a Reply, and Plaintiffs respectfully request that an order be issued without the need to hold a hearing.

Respectfully submitted,

RYNN & JANOWSKY, LLP

DATED: May 27, 2008      By:   /s/ Bart M. Botta
                               BART M. BOTTA, Attorneys for
                               Plaintiffs

07-219/ notice re no opposition.doc

## DECLARATION OF BART M. BOTTA

I, BART M. BOTTA, declare as follows:

1. I am a partner in the law firm of Rynn & Janowsky, counsel of record for the Plaintiffs and moving parties herein and I make this declaration in support of Plaintiffs' Notice That No Opposition Has Been Received To Plaintiffs' Motion for Leave to Amend Plaintiffs' Complaint and File First Amended Complaint.

2. I have personal knowledge of all facts contained in this declaration and if called as a witness, I could and would competently testify to all of the following.

3. Plaintiffs' Motion for Leave to Amend Plaintiffs' Complaint and File a First Amended Complaint was filed on April 24, 2008. Defendants' Opposition, if any, was due on or before May 12, 2008.

4. As of the close of business today, May 27, 2008, no opposition has been received. Thus, Plaintiff will not file any further pleadings on this motion.

5. On May 23, 2008, I received and e-mail from Defendant Tom Bubnis in which he indicated that neither he nor Defendant Kim Mares would contest the motion to amend the complaint. Attached hereto as **Exhibit 1** is a true and correct copy of the e-mail I received from Defendant Bubnis.

/ / / /

/ / / /

/ / / /

07-219/ notice re no opposition.doc

6. Based on Defendants' indication that they did not intend on opposing the motion, and in the interests of judicial economy, Plaintiffs respectfully requests that the Court issue an order without holding a hearing.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 27th day of May 2008, at Newport Beach, California.

         Respectfully submitted,

         RYNN & JANOWSKY, LLP

      By: /s/ Bart M. Botta
         BART M. BOTTA, Attorneys for Plaintiffs

4

07-219/ notice re no opposition.doc