**Bart Botta**

**From:** Tom Bubnis [tbubnis@gmail.com]
**Sent:** Friday, May 23, 2008 2:33 PM
**To:** Bart Botta

Mr. Botta: Kim and I will not contest your motion to amend complaint. There is no reason to appear in court over this issue.

Thomas Bubnis

EXHIBIT 1

5/27/2008