1  BART M. BOTTA, State Bar No. 167051
2  RYNN & JANOWSKY, LLP
   4100 Newport Place Drive, Suite 700
3  Newport Beach, CA 92660-2423
   Telephone: (949) 752-2911
4  Facsimile: (949) 752-0953
5  E-mail: bart@rjlaw.com

6  Attorneys for Plaintiffs
   TAYLOR FARMS CALIFORNIA, INC.,
7  PISMO-OCEANO VEGETABLE EXCHANGE, and
8  ROBERT S. ANDREWS

9

10              IN THE UNITED STATES DISTRICT COURT

11     FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

12

| 13 | TAYLOR FARMS CALIFORNIA, INC., a corporation; PISMO-OCEANO VEGETABLE EXCHANGE, a corporation; ROBERT S. ANDREWS, individually and doing business as ROBERT S. ANDREWS FARMS, a sole proprietorship,<br><br>                Plaintiffs,<br><br>    v.<br><br>REGIONAL SOURCE PRODUCE, INC., a corporation; THOMAS H. BUBNIS, an individual; KIM MARES, an individual,<br><br>                Defendants. | CASE NO. C-07-05068-PVT<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

27  / / /
28  / / /

07-219/pos on no opposition to motion.doc          1

I hereby certify that on May 27, 2008, I electronically filed the following:

1. Notice That No Opposition Has Been Received to Plaintiffs' Motion for Leave to Amend Plaintiffs' Complaint and File First Amended Complaint; Declaration of Bart M. Botta

with the Clerk of the Court, using CM/ECF and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| Mr. Thomas A. Bubnis<br>210 La Mesa Drive<br>Salinas, CA 93901 | Ms. Kim Mares<br>27 Elmsford Circle<br>Salinas, CA 93906 |
| Regional Source Produce, Inc.<br>975 West Alisal Street #B<br>Salinas, CA 93901 | John E. F. DiNapoli<br>DiNapoli & Sibley<br>10 Almaden Blvd., Suite 1250<br>San Jose, CA 95113-2233 |

Date: May 27, 2008                                RYNN & JANOWSKY, LLP


By:   /s/ Bart M. Botta
      BART M. BOTTA, Attorneys for Plaintiffs

07-219/pos on no opposition to motion.doc          2