Thomas A. Bubnis
725 Ambrose Dr
Salinas CA 93901
(831) 754-1050
*Defendant Pro Se*

FILED

2008 AUG 13 P 3 08

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., a corporation, PISMO-OCEANO VEGETABLE EXCHANGE, a corporation, ROBERT S. ANDREWS, individually and doing business as ROBERT S. ANDREWS FARMS, a sole proprietorship,<br><br>Plaintiffs,<br><br>v.<br><br>REGIONAL SOURCE PRODUCE, INC., a corporation; THOMAS A. BUBNIS, an individual; and KIM MARES, an individual,<br><br>Defendants. | CASE NO. C07 05068 PVT<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Complaint Filed:   October 2, 2007<br>Trial Date:            None set |

1 |     PLEASE TAKE NOTICE that Defendant Pro Se Thomas H. Bubnis has a new address.

2 | The new address is: Tom Bubnis, 725 Ambrose Drive, Salinas California, 93901.

3 | Dated: August __, 2008          Thomas A. Bubnis

By: *Thomas H. B[signature]*
Thomas H. Bubnis
*Defendant Pro Se*

-1-
ANSWER
CASE NO. C07 05068 PVT

## PROOF OF SERVICE

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen years at the time of service and not a party to the within cause. My employment address is 300 Lakeside Drive, Suite 1900, Oakland, California 94612.

On August 5, 2008, I served copies of the attached document(s) entitled:

**NOTICE OF CHANGE OF ADDRESS**

on the interested parties in this action, by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Bart M. Botta, Esq. | Joseph Choate, Esq. |
| Rynn & Janowsky, LLP | Brad Cornell, Esq. |
| 4100 Newport Place Drive, Suite 700 | Choate and Choate |
| Newport Beach, CA 92660-2423 | 2596 Mission Street, Suite 300 |
| | San Marino, CA 91108-1679 |

[x] **BY U.S. MAIL.** I placed such envelope, addressed as above by first-class mail, postage prepaid, for collection and mailing at my business address following our ordinary business practices. I am readily familiar with our ordinary business course of collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business on the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service for delivery to the addressee.

[x] **FEDERAL.** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 5, 2008, at Oakland, California.

_____
Thomas Bubnis

*Name Of Case:* Taylor Farms California, Inc., Et Al. v. Regional Source Produce, Inc., et al.
*Name Of Court and Case Number:* United States District Court, Case No. C07 05068 PVT

PROOF OF SERVICE