BART M. BOTTA, State Bar No. 167051
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile: (949) 752-0953
E-mail: bart@rjlaw.com

Attorneys for Plaintiffs
TAYLOR FARMS CALIFORNIA, INC.,
PISMO-OCEANO VEGETABLE EXCHANGE,
ROBERT S. ANDREWS, and GEORGE AMARAL RANCHES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., a corporation; PISMO-OCEANO VEGETABLE EXCHANGE, a corporation; ROBERT S. ANDREWS, individually and doing business as ROBERT S. ANDREWS FARMS, a sole proprietorship; GEORGE AMARAL RANCHES, INC., a corporation,<br><br>                    Plaintiffs,<br><br>     v.<br><br>REGIONAL SOURCE PRODUCE, INC., a corporation; THOMAS H. BUBNIS, an individual; KIM MARES, an individual,<br><br>                    Defendants. | CASE NO.  C 07-05068-PVT<br><br>**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANTS THOMAS H. BUBNIS, an individual, and KIM MARES, an individual; DECLARATION OF BART M. BOTTA; EXHIBITS IN SUPPORT THEREOF** |

///

///

07-219/ request default by clerk2.doc            1

TO:    THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs TAYLOR FARMS CALIFORNIA, INC., a corporation; PISMO-OCEANO VEGETABLE EXCHANGE, a corporation; ROBERT S. ANDREWS, individually and doing business as ROBERT S. ANDREWS FARMS, a sole proprietorship; and GEORGE AMARAL RANCHES, INC., a corporation, hereby request that default be entered by the Court against Defendants THOMAS H. BUBNIS, an individual, and KIM MARES, an individual, in accordance with Federal Rules of Civil Procedure ("FRCP") Rule 55(a).

By declaration of BART M. BOTTA appended hereto and exhibits attached thereto, Plaintiffs have submitted proof of the following matters:

1.    Despite being properly served with the Amended Complaint in this matter, Defendants have failed to timely appear in this action and has failed to present any defenses to Plaintiffs' allegations.

2.    Pursuant to Federal Rules of Civil Procedure, rule 55(a), when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by law, the clerk shall enter the parties default.

This application is based on this Application, the pleadings filed previously with this Court, the Declaration of Bart M. Botta appended hereto and all exhibits attached to that declaration.

DATED:  September 11, 2008            RYNN & JANOWSKY, LLP

                                      By:    /s/Bart M. Botta
                                      BART M. BOTTA, Attorneys for
                                      Plaintiffs

07-219/ request default by clerk2.doc            2

## **DECLARATION OF BART M. BOTTA**

I, BART M. BOTTA, declare as follows:

1. I am a partner with the law firm of Rynn & Janowsky, LLP, attorneys of record for Plaintiffs TAYLOR FARMS CALIFORNIA, INC., a corporation; PISMO-OCEANO VEGETABLE EXCHANGE, a corporation; ROBERT S. ANDREWS, individually and doing business as ROBERT S. ANDREWS FARMS, a sole proprietorship; and GEORGE AMARAL RANCHES, INC., a corporation ("Plaintiffs"). I make this declaration in support of Plaintiffs' request for default against Defendants THOMAS H. BUBNIS, an individual, and KIM MARES, an individual.

2. I have personal knowledge of all matters set forth in this declaration and if called as a witness would and could competently testify thereto.

3. Plaintiffs' Amended Complaint was duly served on all Defendants by the following means: Defendants were served by regular mail on June 3, 2008, pursuant to this Court's May 30, 2008, Order. A true and correct copy of the Proof of Service is attached hereto as **Exhibit A**. A true and correct copy of the Court's May 30, 2008, Order is attached hereto as **Exhibit B**.

4. Despite being served with the Amended Complaint described above, Defendants have not appeared in this action or otherwise responded to the Amended Complaint within the time period allowed by law.

/ / /

/ / /

/ / /

5.   By virtue of Defendants' failure to respond to Plaintiffs' Amended Complaint, Plaintiffs' requests default be promptly entered against Defendants.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 11th of September, 2008 at Newport Beach, California.

/s/Bart M. Botta
BART M. BOTTA