BART M. BOTTA, State Bar No. 167051
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile: (949) 752-0953
E-mail: bart@rjlaw.com

Attorneys for Plaintiffs
TAYLOR FARMS CALIFORNIA, INC.,
PISMO-OCEANO VEGETABLE EXCHANGE,
ROBERT S. ANDREWS, and GEORGE AMARAL RANCHES, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., a corporation; PISMO-OCEANO VEGETABLE EXCHANGE, a corporation; ROBERT S. ANDREWS, individually and doing business as ROBERT S. ANDREWS FARMS, a sole proprietorship; GEORGE AMARAL RANCHES, INC., a corporation, <br><br> Plaintiffs, <br><br> v. <br><br> REGIONAL SOURCE PRODUCE, INC., a corporation; THOMAS H. BUBNIS, an individual; KIM MARES, an individual, <br><br> Defendants. | CASE NO. C-07-05068-PVT <br><br> **CERTIFICATE OF SERVICE** |

07-219/ pos amended complaint.doc

**EXHIBIT A**

1     I hereby certify that on June 3, 2008, I electronically filed the following:

2     1.    First Amended Complaint

4 with the Clerk of the Court, using CM/ECF and I hereby certify that I have mailed by

5 United States Postal Service the document to the following non-CM/ECF participants:

Mr. Thomas A. Bubnis  
210 La Mesa Drive  
Salinas, CA 93901

Ms. Kim Mares  
27 Elmsford Circle  
Salinas, CA 93906

Regional Source Produce, Inc.  
975 West Alisal Street #B  
Salinas, CA 93901

John C. Kirke  
Donahue Gallagher Woods, LLP  
300 Lakeside Drive, Suite 1900  
Oakland, CA 94612

John E. F. DiNapoli  
DiNapoli & Sibley  
10 Almaden Blvd., Suite 1250  
San Jose, CA 95113-2233

Date: June 3, 2008

RYNN & JANOWSKY, LLP

By:   /s/ Bart M. Botta  
      BART M. BOTTA, Attorneys for Plaintiffs

LAW OFFICES  
RYNN & JANOWSKY  
4100 NEWPORT PLACE DRIVE  
SUITE 700  
NEWPORT BEACH, CALIFORNIA 92660-2423  
(949) 752-2911  
FAX (949) 752-0953