UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>REGIONAL SOURCE PRODUCE, INC., et al.,<br><br>            Defendants. | Case No.: C 07-5068 PVT<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND** |

On April 24, 2008, Plaintiffs filed a motion for leave to file a first amended complaint.[1] No opposition to the motion was filed. On April 27, 2008 Plaintiff filed a notice of no opposition in which counsel represented that Defendant Bubnis informed him that he and Defendant Mares do not opposed the motion. Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this order without oral argument. Based on the motion and the file herein,

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED. Plaintiffs shall promptly serve and file the First Amended Complaint. The hearing previously set for June 3, 2008 is thus taken off calendar.

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*


EXHIBIT B

1    IT IS FURTHER ORDERED that Defendants' answers to the First Amended Complaint shall be 20 days after Plaintiffs serve them with the First Amended Complaint.

IT IS FURTHER ORDERED that Plaintiffs shall immediately notify Defendants Bubnis and Mares of the provisions of this order via email. (Although the court will mail copies of this order to Defendants Bubnis and Mares, they should be informed as soon as possible that there will be no hearing next Tuesday.)

Dated: *5/30/08*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

2  *Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

4  copies mailed on   5/30/08   to:

5  Thomas A. Bubnis
   210 La Mesa Drive.
6  Salinas, CA  93901

7  Kim Mares
   27 Elmsford Circle
8  Salinas, CA 93906

10                               /s/ Donna Kirchner   for
                                 CORINNE LEW
11                               Courtroom Deputy