1  BART M. BOTTA, State Bar No. 167051
2  RYNN & JANOWSKY, LLP
3  4100 Newport Place Drive, Suite 700
   Newport Beach, CA 92660-2423
4  Telephone: (949) 752-2911
   Facsimile: (949) 752-0953
5  E-mail: bart@rjlaw.com

6  Attorneys for Plaintiffs
7  TAYLOR FARMS CALIFORNIA, INC.,
   PISMO-OCEANO VEGETABLE EXCHANGE,
8  ROBERT S. ANDREWS, and GEORGE AMARAL RANCHES, INC.

9

10                    IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

12

13 | TAYLOR FARMS CALIFORNIA, INC., | **CASE NO. C-07-05068-PVT**
14 | a corporation; PISMO-OCEANO VEGETABLE EXCHANGE, a | **CERTIFICATE OF SERVICE**
15 | corporation; ROBERT S. ANDREWS, individually and doing business as
16 | ROBERT S. ANDREWS FARMS, a sole proprietorship; GEORGE AMARAL
17 | RANCHES, INC., a corporation,

18

19                          Plaintiffs,

20        v.

21

22

23 | REGIONAL SOURCE PRODUCE, INC., a corporation; THOMAS H. BUBNIS, an
   | individual; KIM MARES, an individual,
24

25                          Defendants.

26

27

28

   07-219/ pos request default by clerk2.doc        1

I hereby certify that on September 11, 2008, I electronically filed the following:

1. Plaintiffs' Request for Entry of Default by Clerk Against Defendants Thomas H. Bubnis, an Individual, and Kim Mares, an Individual; Declaration Of Bart M. Botta; Exhibits In Support Thereof

with the Clerk of the Court, using CM/ECF and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Thomas A. Bubnis
725 Ambrose Drive
Salinas, CA 93901

Ms. Kim Mares
27 Elmsford Circle
Salinas, CA 93906

Regional Source Produce, Inc.
975 West Alisal Street #B
Salinas, CA 93901

John C. Kirke
Donahue Gallagher Woods, LLP
300 Lakeside Drive, Suite 1900
Oakland, CA 94612

John E. F. DiNapoli
DiNapoli & Sibley
10 Almaden Blvd., Suite 1250
San Jose, CA 95113-2233

Date: September 11, 2008                RYNN & JANOWSKY, LLP


By: /s/ Bart M. Botta
BART M. BOTTA, Attorneys for Plaintiffs