1  BART M. BOTTA, State Bar No. 167051
   RYNN & JANOWSKY, LLP
2  4100 Newport Place Drive, Suite 700
3  Newport Beach, CA 92660-2423
   Telephone: (949) 752-2911
4  Facsimile: (949) 752-0953
5  E-mail: bart@rjlaw.com

6  Attorneys for Plaintiffs
   TAYLOR FARMS CALIFORNIA, INC.,
7  PISMO-OCEANO VEGETABLE EXCHANGE,
   ROBERT S. ANDREWS, and GEORGE AMARAL RANCHES, INC.
8

9
                    IN THE UNITED STATES DISTRICT COURT
10
           FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
11

12

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., a corporation; PISMO-OCEANO VEGETABLE EXCHANGE, a corporation; ROBERT S. ANDREWS, individually and doing business as ROBERT S. ANDREWS FARMS, a sole proprietorship; GEORGE AMARAL RANCHES, INC., a corporation, <br><br> Plaintiffs, <br><br> v. <br><br> REGIONAL SOURCE PRODUCE, INC., a corporation; THOMAS H. BUBNIS, an individual; KIM MARES, an individual, <br><br> Defendants. | CASE NO. C-07-05068-PVT <br><br> **CERTIFICATE OF SERVICE** |

07-219/ pos amended complaint.doc

**EXHIBIT A**

1  I hereby certify that on June 3, 2008, I electronically filed the following:

2      1.    First Amended Complaint

4  with the Clerk of the Court, using CM/ECF and I hereby certify that I have mailed by

5  United States Postal Service the document to the following non-CM/ECF participants:

Mr. Thomas A. Bubnis
210 La Mesa Drive
Salinas, CA 93901

Ms. Kim Mares
27 Elmsford Circle
Salinas, CA 93906

Regional Source Produce, Inc.
975 West Alisal Street #B
Salinas, CA 93901

John C. Kirke
Donahue Gallagher Woods, LLP
300 Lakeside Drive, Suite 1900
Oakland, CA 94612

John E. F. DiNapoli
DiNapoli & Sibley
10 Almaden Blvd., Suite 1250
San Jose, CA 95113-2233

Date: June 3, 2008

RYNN & JANOWSKY, LLP

By:  /s/ Bart M. Botta
      BART M. BOTTA, Attorneys for
      Plaintiffs

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

07-219/ pos amended complaint.doc    2