BART M. BOTTA, State Bar No. 167051
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile: (949) 752-0953
E-mail: bart@rjlaw.com

Attorneys for Plaintiffs
TAYLOR FARMS CALIFORNIA, INC.,
PISMO-OCEANO VEGETABLE EXCHANGE,
ROBERT S. ANDREWS, and GEORGE AMARAL RANCHES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., a corporation; PISMO-OCEANO VEGETABLE EXCHANGE, a corporation; ROBERT S. ANDREWS, individually and doing business as ROBERT S. ANDREWS FARMS, a sole proprietorship; GEORGE AMARAL RANCHES, INC., a corporation, <br><br> Plaintiffs, <br><br> v. <br><br> REGIONAL SOURCE PRODUCE, INC., a corporation; THOMAS H. BUBNIS, an individual; KIM MARES, an individual, <br><br> Defendants. | **CASE NO. C-07-05068-PVT** <br><br> **CERTIFICATE OF SERVICE** |

07-219/                                      1

I hereby certify that on September 12, 2008, I electronically filed the following:

1. Plaintiffs' Request for Entry of Default by Clerk Against Defendants Thomas H. Bubnis, an Individual, and Kim Mares, an Individual; Declaration Of Bart M. Botta; Exhibits In Support Thereof

with the Clerk of the Court, using CM/ECF and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Thomas A. Bubnis  
725 Ambrose Drive  
Salinas, CA 93901

Ms. Kim Mares  
27 Elmsford Circle  
Salinas, CA 93906

Regional Source Produce, Inc.  
975 West Alisal Street #B  
Salinas, CA 93901

John C. Kirke  
Donahue Gallagher Woods, LLP  
300 Lakeside Drive, Suite 1900  
Oakland, CA 94612

John E. F. DiNapoli  
DiNapoli & Sibley  
10 Almaden Blvd., Suite 1250  
San Jose, CA 95113-2233

Date: September 12, 2008

RYNN & JANOWSKY, LLP

By: /s/ Bart M. Botta  
BART M. BOTTA, Attorneys for Plaintiffs