UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., et al.,<br><br>              Plaintiffs,<br><br>   v.<br><br>REGIONAL SOURCE PRODUCE, INC., et al.,<br><br>             Defendants. | Case No.: C 07-5068 PVT<br><br>**ORDER SETTING ASIDE DEFAULTS AND ADOPTING THE PARTIES' PROPOSED SCHEDULE AS MODIFIED BY THE COURT** |

On March 26, 2009, the parties submitted a Joint Stipulation Setting Aside Default Judgment [sic] and Setting New Discovery and Trial Dates.[1] Based on the parties' stipulation,

IT IS HEREBY ORDERED that the prior trial and pretrial schedule is VACATED and the following schedule shall now apply in this case:

Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7/31/09

Deadline(s) for Filing Discovery Motions. . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 26-2

Designation of Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8/21/09

Designation of Rebuttal Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9/4/09

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

| | |
|---|---|
| Expert Discovery Cutoff. | 10/2/09 |
| Last Day for Dispositive Motion Hearing[2] | 10:00 a.m. on 11/17/09 |
| Final Pretrial Conference. | 2:00 p.m. on 1/19/10 |
| Jury Trial | 9:30 a.m. on 2/1/10 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (Rev. June 2008), a copy of which is available from the clerk of the court,[3] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: *3/27/09*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[3] A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes 06/10/08."

1
2 | ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***
3
4 | copies mailed on    *3/31/09*        to:
5 | Thomas A. Bubnis
   | 210 La Mesa Drive.
6 | Salinas, CA  93901
7 | Kim Mares
   | 27 Elmsford Circle
8 | Salinas, CA 93906
9
10 |                                          */s/ Donna Kirchner          for*
   |                                         CORINNE LEW
11 |                                         Courtroom Deputy