UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., et al.,<br><br>            Plaintiffs,<br><br>  v.<br><br>REGIONAL SOURCE PRODUCE, INC., et al.,<br><br>            Defendants. | Case No.: C 07-5068 PVT<br><br>**ORDER VACATING REFERENCE TO ADR; VACATING ALL PRETRIAL AND TRIAL DATES; AND SCHEDULING FURTHER CASE MANAGEMENT CONFERENCE** |

    Currently pending before the court are the parties' stipulations to vacate the order referring the case to ADR, and to extend certain deadlines.[1]  Based on the parties' stipulations and the file herein,

    IT IS HEREBY ORDERED that the reference to ADR is hereby VACATED.

    IT IS FURTHER ORDERED that  the prior trial and pretrial schedule is VACATED.

    IT IS FURTHER ORDERED that the parties shall appear for further Case Management Conference at 2:00 p.m. on December 8, 2009.  The parties shall file a further Joint Case Management Conference Statement no later than December 1, 2009.

---

[1]     The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

IT IS FURTHER ORDERED that nothing herein precludes any party from filing a motion for summary judgment. In light of the incarceration of Defendant Mares, any motion for summary judgment filed by Plaintiffs while Defendant Mares remains incarcerated must provide Defendants with at least 63 calendar days' notice. The opposition to any such motion must be served (by mail) and filed at least 14 calendar days prior to the noticed hearing date. The reply must be served (by mail) and filed at least 7 calendar days prior to the noticed hearing date.

IT IS FURTHER ORDERED that, in the event Plaintiffs file a motion for summary judgment while Defendant Mares is incarcerated, Defendants shall promptly seek to make appropriate arrangements with the jail for Defendant Mares to appear by telephone at the hearing of the motion. If the jail requires Defendants to provide an order of the court to allow such telephone appearance, Defendants shall promptly file a written request for such an order.

Dated: *9/3/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

*Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

copies mailed on  *9/4/09*  to:

Thomas A. Bubnis
210 La Mesa Drive.
Salinas, CA  93901

Thomas A. Bubnis
725 Ambrose Drive
Salinas, CA 93901

Kim Mares
27 Elmsford Circle
Salinas, CA 93906

                            */s/  Donna Kirchner          for*
                            CORINNE LEW
                            Courtroom Deputy