UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>REGIONAL SOURCE PRODUCE, INC., et al.,<br><br>     Defendants. | Case No.: C 07-5068 PVT<br><br>**ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE; AND**<br><br>**SCHEDULING ORDER** |

   On December 1, 2009, the parties filed a Joint Case Management Conference Statement in which they set forth their joint proposed pretrial scheduling dates. In the statement, they also note that Defendant Kim Mares is currently incarcerated. From the Plaintiffs' request to appear at the Case Management Conference by telephone, it appears Defendant Mares is expected to remain incarcerated until February 2010. Based on the parties' Joint Case Management Conference Statement and the file herein,

   IT IS HEREBY ORDERED that the Case Management Conference is CONTINUED to 10:00 a.m. on June 22, 2010.

   IT IS FURTHER ORDERED that the following schedule shall apply to this case:

   Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3/19/10

| | | |
|---|---|---|
| 1 | Deadline(s) for Filing Discovery Motions.................... | *See* Civil Local Rule 26-2 |
| 2 | Designation of Experts with Reports........................................ | 4/2/10 |
| 3 | Designation of Rebuttal Experts with Reports........................... | 4/16/10 |
| 4 | Expert Discovery Cutoff........................................................ | 5/21/10 |
| 5 | Last Day for Dispositive Motion Hearing .................. | 10:00 a.m. on 6/22/10 |

IT IS FURTHER ORDERED that, in the event Plaintiffs file a motion for summary judgment while Defendant Mares is incarcerated, Plaintiffs shall provide Defendants with at least 63 calendar days' notice. The opposition to any such motion must be served (by mail) and filed at least 14 calendar days prior to the noticed hearing date. The reply must be served (by mail) and filed at least 7 calendar days prior to the noticed hearing date. In addition, if it appears Defendant Mares will remain incarcerated on the date of the hearing, Defendants shall promptly seek to make appropriate arrangements with the jail for Defendant Mares to appear by telephone at the hearing of the motion. If the jail requires Defendants to provide an order of the court to allow such telephone appearance, Defendants shall promptly file a written request for such an order.

Dated: *12/2/09*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

<u>copies mailed on</u>   *12/2/09*        to:

Thomas A. Bubnis
210 La Mesa Drive.
Salinas, CA  93901

Thomas A. Bubnis
725 Ambrose Drive
Salinas, CA 93901

Kim Mares
27 Elmsford Circle
Salinas, CA 93906

          */s/ Donna Kirchner*            *for*
CORINNE LEW
Courtroom Deputy