UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., et al.,<br><br>          Plaintiffs,<br><br>  v.<br><br>REGIONAL SOURCE PRODUCE, INC., et al.,<br><br>          Defendants. | Case No.: C 07-5068 PVT<br><br>**INTERIM ORDER RE PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT AGAINST DEFENDANT KIM MARES; AND**<br><br>**ORDER CONTINUING HEARING** |

      On August 17, 2010, Plaintiffs filed a Motion for Entry of Default Judgment by the Court Against Defendant Kim Mares. No opposition to the motion has been filed. All parties have consented to Magistrate Judge jurisdiction. Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this order without oral argument. Based on the moving papers and the file herein,

      IT IS HEREBY ORDERED that, no later than October 5, 2010, Plaintiffs shall submit copies of the statements from Plaintiffs' counsel for this matter. The summary submitted does not provide enough detail for the court to evaluate the reasonableness of the fees requested. Although the overall amount appears reasonable, without reviewing the actual billing details the court cannot make an informed decision on the issue of reasonableness.

      IT IS FURTHER ORDERED that Plaintiffs shall also submit a revised proposed order that

provides for post-judgment interest at the rate of 18% per annum only for the past due balances owed to Pismo-oceano Vegetable Exchange and George Amaral Ranches, Inc.  As Plaintiffs implicitly acknowledge in the moving papers, the invoices of Robert S. Andrews do not provide for the 18% per annum rate of interest.  And Plaintiffs have not provided authority for a post-judgment interest rate of 18% per annum for the attorneys fees portion of the judgment.

   IT IS FURTHER ORDERED that the motion is otherwise deemed submitted on the papers.

Dated: *9/17/10*

/s/ Patricia V. Trumbull
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

<u>copies mailed on</u>      <u>  9/17/10  </u>      <u>to:</u>

Thomas A. Bubnis
1507 Cherokee Drive.
Salinas, CA  93906

Kim Mares
1522 Constitution Blvd. #157
Salinas, CA  93905-3803

          <u>   /s/   Donna Kirchner          </u>
          DONNA KIRCHNER
          Judicial Law Clerk