UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>REGIONAL SOURCE PRODUCE, INC., et al.,<br><br>         Defendants. | Case No.: C 07-05068 PSG<br><br>**FURTHER SCHEDULING ORDER** |

IT IS HEREBY ORDERED that a status conference shall be held on Tuesday, February 15, 2011 at 2 p.m. and each party shall file a case status statement no later than Tuesday, February 8, 2011.

Dated: February 2, 2011

_Paul S. Grewal_
PAUL S. GREWAL
United States Magistrate Judge

ORDER

1 | *Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

3 | copies mailed on 2/2/11 to:

4 | Thomas Bubnis
1507 Cherokee Drive
5 | Salinas, CA 93901

                         /s/ Kelly Lowenberg for
                         OSCAR RIVERA
                         Courtroom Deputy

ORDER