UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>REGIONAL SOURCE PRODUCE, INC., et al.<br><br>　　　　　　Defendants. | Case No.: C 07-05068 PSG<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE**<br><br>**(Re: Docket No. 97)** |

　　　　On February 22, 2011, Plaintiffs filed a motion for a default judgment against Defendant Regional Source Produce, Inc. ("RSP"). This case is assigned to a magistrate judge. Magistrate judges, however, have authority to order the entry of judgment in a case only upon consent of the parties. *See* 28 U.S.C. § 636(c)(1). Plaintiffs consented to magistrate judge jurisdiction on March 5, 2008. RSP, however, has filed neither a consent nor a declination. Because Plaintiffs have applied to this court for final disposition against a party who has not consented to the jurisdiction of the magistrate judge,

　　　　IT IS HEREBY ORDERED that this case now be reassigned to a district judge.

Dated: March 2, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Paul S. Grewal
　　　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*

1 **Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

2

**A copy of this filing was mailed to:**

3

Thomas A Bubnis
4  1507 Cherokee Drive
Salinas, CA 93901

5

Kim Mares
6  27 Elmsford Circle
Salinas, CA 93906

7

Kim Mares
8  1522 Constitution Blvd. #157
Salinas, CA 93905-3803

9

Kim Mares
10  975 W. Alisal St., #B
Salinas, CA 93901

11

Dated: March 3, 2011

12

                                                     */s/ Chambers Staff*
13                                           Chambers of U.S. Magistrate Judge Paul S. Grewal

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28