IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Taylor Farms Cal., Inc., et al., | NO. C 07-05068 JW |
| Plaintiffs, v. | **ORDER SETTING HEARING ON ANTICIPATED RENEWED MOTION FOR DEFAULT JUDGMENT** |
| Reg'l Source Produce, Inc., et al., | |
| Defendants. | |

On November 29, 2011, the Court denied Plaintiffs' Motion for Default Judgment. (hereafter, "November 29 Order," Docket Item No. 129.) In its November 29 Order, the Court explained that Plaintiffs had inadequately served their First Amended Complaint as to one Defendant, and ordered them to serve that Defendant in accordance with Fed. R. Civ. P. 4. (Id. at 2.) Pursuant to the November 29 Order, Plaintiffs served the Defendant at issue and sought entry of default by the Clerk. (Docket Item Nos. 133, 134.) Accordingly, on March 29, 2012, the Clerk entered default against the Defendant at issue. (Docket Item No. 135.)

To date, Plaintiffs have not moved for default judgment to bring this 2007 case to a close. Thus, in order to control its own docket, the Court finds good cause to set a hearing for Plaintiffs' anticipated Renewed Motion for Default Judgment. Accordingly, the Court sets **July 9, 2012 at 9 a.m.** for a hearing on Plaintiffs' Renewed Motion for Default Judgment. On or before **June 4, 2012,** Plaintiffs shall file and serve their Motion for Default Judgment. Failure to comply with this Order will result in a dismissal for lack of prosecution pursuant to Fed. R. Civ. P. 41(b).

Dated: May 24, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bart Mark Botta bart@rjlaw.com

Thomas A Bubnis
1507 Cherokee Drive
Salinas, CA 93901

**Dated:  May 24, 2012**                                     **Richard W. Wieking, Clerk**

                                                             **By:      /s/ JW Chambers**
                                                                    **William Noble**
                                                                    **Courtroom Deputy**